# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA SCHUMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>VISA U.S.A., INC., INCOMM FINANCIAL SERVICES, INC., and PATHWARD, N.A.,<br><br>      Defendants. | Civil Action No.: 1:24-cv-00666-JLR<br><br>**NOTICE OF APPEARANCE** |

  I, TIMOTHY D. BRENNAN, of Wolf Popper LLP, hereby enter my appearance as counsel of record for Plaintiff Ira Schuman in the above-captioned matter. I am a member of the State Bar of New York and am admitted to practice in this Court. My address, telephone number and email are as follows:

  WOLF POPPER LLP
  845 Third Avenue, 12th Floor
  New York, NY 10022
  Telephone: (212) 759-4600
  Email: tbrennan@wolfpopper.com

  Please serve said counsel with all pleadings and notice in this action.

Dated: February 2, 2024             Respectfully submitted,

                         */s/ Timothy D. Brennan*
                         Timothy D. Brennan
                         tbrennan@wolfpopper.com
                         **WOLF POPPER LLP**
                         845 Third Ave.
                         New York, NY 10022
                         212-451-9616

*Attorneys for Plaintiff and the Putative Class*