UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA SCHUMAN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>    v.<br><br>VISA U.S.A., INC. INCOMM FINANCIAL SERVICES, INC., and PATHWARD, N.A.,<br><br>         Defendants. | Case No. 1:24-cv-666-JLR |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jane Metcalf, a member of the law firm of Patterson Belknap Webb & Tyler LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant InComm Financial Services, Inc. in the above-captioned action, and requests that all subsequent papers be served at the address indicated below.

Dated: March 19, 2024

        Respectfully submitted,

  By: *Jane Metcalf*
     Jane Metcalf
     PATTERSON BELKNAP WEBB & TYLER LLP
     1133 Avenue of the Americas
     New York, NY 10036
     Telephone: (212) 336-2152
     Facsimile: (212) 336-2222
     jmetcalf@pbwt.com

     *Attorney for Defendant InComm Financial Services, Inc.*

14971131v.1