UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA SCHUMAN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>    v.<br><br>VISA U.S.A., INC. INCOMM FINANCIAL SERVICES, INC., and PATHWARD, N.A.,<br><br>           Defendants. | Case No. 1:24-cv-666-JLR |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Henry J. Ricardo, a member of the law firm of Patterson Belknap Webb & Tyler LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant InComm Financial Services, Inc. in the above-captioned action, and requests that all subsequent papers be served at the address indicated below.

Dated:  March 19, 2024

            Respectfully submitted,

By: *Henry J. Ricardo*
   Henry J. Ricardo
   PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 336-2340
   Facsimile: (212) 336-2222
   hjricardo@pbwt.com

   *Attorney for Defendant InComm Financial Services, Inc.*