INDEX #: **1:24-CV-00666-JLR**  JOB #: **10483490**
DATE FILED: **1/31/2024**
ATTORNEY:  **WOLF POPPER LLP**
  845 3RD AVENUE NEW YORK NY 10022 (212)759-4600

---

**UNITED STATES DISTRICT COURT FOR THE**
  SOUTHERN DISTRICT OF NEW YORK

---

**IRA SCHUMAN**
Plaintiff(s)
- against -

**VISA U.S.A., INC, ET AL**
Defendant(s)

---

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:**   **ss:**

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **02/23/2024, 02:10PM** at **80 STATE STREET, 10TH FLOOR, ALBANY, NEW YORK 12207**, deponent served a **SUMMONS IN A CIVIL ACTION AND JURY TRIAL DEMANDED** upon **VISA U.S.A., INC. , BY SERVICE UPON CORPORATION SERVICE COMPANY AS REGISTERED AGENT**, a defendant in the above captioned matter.

By delivering to and leaving a true copy of the above described papers thereof personally with **MAUREEN COGAN**, Registered Agent, who indicated that she was authorized to accept service of process on behalf of **VISA U.S.A., INC.**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**   Approximate age **57**   Approximate height **5'07"**   Approximate weight **195**   Color of skin **WHITE**   Color of hair **BLACK**   Other **GLASSES**

Sworn to before me on 02/26/2024
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

x _S. marie_____
STEF MARIE

ASUBPOENA
**30 SOUTH BROADWAY SUITE #802 YONKERS,  NY 10701 (914)963-1941**