UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA SCHUMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>   v.<br><br>VISA U.S.A., INC., INCOMM FINANCIAL SERVICES, INC., and PATHWARD, N.A.,<br><br>        Defendants. | Case No. 1:24-cv-666-GHW |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant InComm Financial Services, Inc. ("InComm"), represents that InComm is a wholly-owned subsidiary of PRE Holdings, Inc., which in turn is a wholly-owned subsidiary of HI Technology Corp. HI Technology Corp. has no parent corporation, and no corporation owns 10 percent or more of its stock.

  InComm is a citizen of South Dakota, where it is incorporated, and Georgia, where it is headquartered. PRE Holdings is a citizen of Delaware, where it is incorporated, and Georgia, where it is headquartered. HI Technology Corp. is a citizen of Georgia, where it is incorporated and headquartered.

Dated:  April 4, 2024

              Respectfully submitted,

        By: *Jane Metcalf*
           Jane Metcalf
           PATTERSON BELKNAP WEBB & TYLER LLP
           1133 Avenue of the Americas
           New York, NY 10036
           Telephone: (212) 336-2152
           Facsimile: (212) 336-2222
           jmetcalf@pbwt.com

           *Attorney for Defendant InComm Financial Services, Inc.*