April 23, 2024

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Ira Schuman v. Visa U.S.A., Inc., InComm Financial Services, Inc., and Pathward, N.A.*, <u>Civ. Case No. 1:24-cv-00666-GHW-GS</u>

Dear Judge Woods,

  The parties respectfully write in response to Your Honor's Order, dated April 9, 2024 (ECF 22), regarding conducting all further proceedings before Magistrate Judge Stein. The parties have conferred and do not consent to conducting all further proceedings before Judge Stein. If Your Honor has questions about this matter, please contact us.

                Respectfully,

| | |
|---|---|
| **WOLF POPPER LLP** | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| By: */s/ Patricia I. Avery* | |
| Patricia I. Avery | By: */s/ Henry J. Ricardo* |
| Philip M. Black | Henry J. Ricardo |
| Timothy D. Brennan | Jane Metcalf |
| 845 Third Avenue | 1133 Sixth Avenue |
| New York, NY 10022 | New York, NY 10036 |
| (212) 759-4600 | (212) 336-2000 |
| *Counsel for Plaintiff and the Putative Classes* | *Counsel for Defendant InComm Financial Services, Inc.* |
| **COHEN & GRESSER LLP** | **BRYAN CAVE LEIGHTON PAISNER** |
| By: */s/ Daniel H. Tabak* | By: */s/ Christine Cesare* |
| Daniel H. Tabak | Christine Cesare |
| Sri Kuehnlenz | 1290 Sixth Avenue |
| Jillian Gray | New York, NY 10104 |
| 800 Third Avenue | (212) 541-2000 |
| New York, NY 10022 | |
| (212) 957-7600 | *Counsel for Defendant Pathward, N.A.* |

*Counsel for Defendant Visa U.S.A. Inc.*