USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:
IRA SCHUMAN, *individually and on behalf of all others similarly situated*, :
:
          Plaintiff, : 1:24-cv-666-GHW
:
  -against- : ORDER
:
VISA U.S.A., INC., INCOMM FINANCIAL SERVICES, INC., *and* PATHWARD, N.A., :
:
          Defendants. :
:
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

  As discussed during the conference held on June 10, 2024, the deadline for Defendants to file and serve their motions to dismiss is July 8, 2024. Plaintiff's opposition is due no later than August 19, 2024. Defendants' replies, if any, are due no later than September 16, 2024. And for the reasons discussed during the conference, the Court finds good cause to stay discovery in this case, pursuant to Federal Rule of Civil Procedure 26(c), pending briefing and resolution of the anticipated motions to dismiss.

  SO ORDERED.

Dated: June 10, 2024
New York, New York

                _____
                   GREGORY H. WOODS
                 United States District Judge