# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IRA SCHUMAN, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

VISA U.S.A., INC., INCOMM FINANCIAL SERVICES, INC., and PATHWARD, N.A.,

        Defendants.

Civil Action No.: 1:24-cv-00666-GWH

**NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated June 28, 2024, and exhibits thereto, and all pleadings and proceedings previously had herein, Plaintiff Ira Schuman ("Plaintiff"), through his undersigned counsel, will hereby move this Court, at the United States Courthouse, at a date and time to be determined by the Court, for an Order granting Plaintiff leave to file the attached Second Amended Complaint to withdraw his claim under the federal Electronic Fund Transfer Act pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Dated: June 28, 2024

**WOLF POPPER LLP**

By: *Patricia I. Avery*

Patricia I. Avery
Philip M. Black
Timothy D. Brennan
845 Third Ave.
New York, NY 10022

212-759-4600
pavery@wolfpopper.com
pblack@wolfpopper.com
tbrennan@wolfpopper.com

*Attorneys for Plaintiff and the Putative Class*