# EXHIBIT 7

# Patricia I. Avery

| | |
|---|---|
| **From:** | Christine Cesare <Christine.Cesare@bclplaw.com> |
| **Sent:** | Friday, June 21, 2024 4:48 PM |
| **To:** | Patricia I. Avery |
| **Subject:** | Your VM |

Hi Patricia.  I am sorry I missed your call.  My two principal contacts at the Bank have been out of the office this past week.  I will be speaking with them on Monday and will let you know the Bank's position as soon as possible thereafter.

Christine



CHRISTINE B. CESARE

Partner

cbcesare@bclplaw.com

T: +1 212 541 1228  F: +1 212 904 0506  M: +1 917 626 4076

BRYAN CAVE LEIGHTON PAISNER LLP

1290 Avenue of the Americas, New York, NY 10104-3300

**bclplaw.com**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.