# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA SCHUMAN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>VISA U.S.A., INC., INCOMM FINANCIAL SERVICES, INC., and PATHWARD, N.A.,<br><br>                  Defendants. | Civil Action No.: 1:24-cv-00666-GWH<br><br>**[PROPOSED] ORDER** |

This Matter, having come before the Court on Plaintiff's Motion for Leave to File a Second Amended Complaint. For good cause shown, Plaintiff's Motion is GRANTED.

Dated:

                                                                                 **HON. GREGORY H. WOODS, U.S.D.J.**