UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA SCHUMAN, individually and on behalf of all others similarly situated,<br><br>                             Plaintiff,<br>v.<br><br>VISA U.S.A., INC. INCOMM FINANCIAL SERVICES, INC., and PATHWARD, N.A.,<br><br>                             Defendants. | Case No. 1:24-cv-666 |

### MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Henry J. Ricardo, hereby move to withdraw my appearance as counsel for defendant InComm Financial Services, Inc. ("InComm") and further request removal from the Court's electronic filing notification system for this action. As of August 20, 2024, I will no longer be affiliated with Patterson Belknap Webb & Tyler LLP. Patterson Belknap Webb & Tyler LLP shall remain as counsel of record for InComm.

Dated:  August 19, 2024

                                                  Respectfully submitted,


                                          By:    *Henry J. Ricardo*
                                                  Henry J. Ricardo
                                                  PATTERSON BELKNAP WEBB & TYLER LLP
                                                  1133 Avenue of the Americas
                                                  New York, NY 10036
                                                  Telephone: (212) 336-2340
                                                  Facsimile: (212) 336-2222
                                                  hjricardo@pbwt.com

15224009v.1

## CERTIFICATE OF SERVICE

I hereby certify that I placed a copy of the Motion to Withdraw Appearance for Henry J. Ricardo into the mail for delivery to InComm Financial Services, Inc. at the following address:

Ryan J. Lewis
SVP & General Counsel, Litigation
InComm Financial Services, Inc.
250 Williams Street NW, M-100
Atlanta, GA 30303

Dated: August 19, 2024
New York, New York

_____
Matthew M. Finnegan

15224009v.1