UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
IRA SCHUMAN, individually and on behalf of all : 
others similarly situated, : Case No. 1:24-cv-00666-GHW
:
Plaintiff, :
:
– against – :
:
VISA U.S.A., INC., INCOMM FINANCIAL :
SERVICES, INC., and PATHWARD, N.A., :
:
Defendants. :
-----------------------------------------------------------------x

**NOTICE OF VISA U.S.A. INC.'S
<u>MOTION TO DISMISS THE SECOND AMENDED COMPLAINT</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Daniel H. Tabak, dated September 3, 2024, the Declaration of Chanda Wicker, dated September 3, 2024, their respective exhibits, and all the pleadings filed in this action, Defendant Visa U.S.A. Inc. will move this Court, before the Honorable Gregory H. Woods, at the Daniel Patrick Moynihan Courthouse, Courtroom 12C, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for an Order dismissing the Second Amended Complaint of Plaintiff Ira Schuman pursuant to Federal Rule of Civil Procedure 12(b)(6) and awarding Visa U.S.A. Inc. such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, as so ordered by the Court on July 15, 2024 (ECF No. 42), Plaintiff's opposition must be served on or before October 1, 2024, and Visa U.S.A. Inc.'s reply must be served on or before October 22, 2024.

Dated: New York, New York
September 3, 2024

Respectfully submitted,

COHEN & GRESSER LLP

By: */s/ Daniel H. Tabak*
    Daniel H. Tabak
    Sri K. Kuehnlenz
    Jillian L. Gray
    800 Third Avenue, 21st Floor
    New York, NY 10022
    Phone: (212) 957-7600
    Fax: (212) 957-4514
    dtabak@cohengresser.com
    skuehnlenz@cohengresser.com
    jgray@cohengresser.com

*Attorneys for Defendant Visa U.S.A. Inc.*