USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
IRA SCHUMAN, *individually and on behalf of all others similarly situated*,   :
:
:  1:24-cv-666-GHW
           Plaintiff,   :
:
   -against-   :  ORDER
:
VISA U.S.A., INC., INCOMM FINANCIAL   :
SERVICES, INC., *and* PATHWARD, N.A.,   :
:
           Defendants.   :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On September 2, 2025, Plaintiff filed a motion for leave to file a fourth amended complaint pursuant to Fed. R. Civ. P. 15(a)(2) to "assert additional claims for breach of the implied warranty of merchantability and unjust enrichment." Dkt. No. 77, 77-1. Under Fed. R. Civ. P. 15(a)(2), ordinarily, "[t]he court should freely give leave when justice so requires."

Defendants responded on September 22, 2025, requesting that the Court grant Plaintiff leave to amend. Dkt. No. 78. In their response, Defendants argue that Plaintiff's proposed amendment is futile, but request that the Court exercise its discretion to "evaluate the futility of the proposed claims in the context of a motion to dismiss . . . rather than precluding the amended complaint altogether." *Id.* at 4 (citing *Intercloud Sys., Inc. v. Integration Partners Corp.*, No. 17-cv-11570456 (GHW), 2017 WL 11570456 (S.D.N.Y. July 31, 2017)). Defendants assert that the Court should exercise that discretion here because "deferring consideration of the sufficiency of the news claims in the context of a motion to dismiss," would "enable[e] the Court to take up all three causes of action" in one motion rather than two motions. *Id.* at 3–4.

Here, the Court declines to conclude based on the submissions before it that the proposed fourth amended complaint would be futile. *Intercloud Sys., Inc.*, 2017 WL 11570456 at *1. The Court

believes, as Defendants argue, "that the wiser course would be to rule on the sufficiency of the proposed [] amended complaint in the context of a fully briefed motion to dismiss that complaint, should Defendants choose to bring one." *Id.*

Accordingly, consistent with the broad discretion afforded to the Court in ruling on such applications, Plaintiff's motion for leave to amend, Dkt. No. 77, is GRANTED. Plaintiff is directed to file a fourth amended complaint no later than December 20, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 77.

SO ORDERED.

Dated: December 11, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge