USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

    IRA SCHUMAN, *individually and on behalf of all others similarly situated*,

                       Plaintiff,

                -against-

    VISA U.S.A., INC., INCOMM FINANCIAL
SERVICES, INC., *and* PATHWARD, N.A.,

                    Defendants.

--------------------------------------------------------------------- X

1:24-cv-666-GHW

ORDER

GREGORY H. WOODS, District Judge:

As stated on the record during the conference held on January 30, 2026, the deadline for Defendants to file and serve their motions to dismiss is February 26, 2026; Plaintiff's opposition is due no later than April 2, 2026; and Defendants' replies, if any, are due no later than April 23, 2026. And for the reasons discussed during the conference, the Court finds good cause to continue the stay discovery in this case, pursuant to Federal Rule of Civil Procedure 26(c), pending briefing and resolution of the anticipated motions to dismiss.

      SO ORDERED.

Dated:  January 30, 2026
     New York, New York

                                    GREGORY H. WOODS
                               United States District Judge