UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 2/26/2026 |

**MEMORANDUM ENDORSED**

IRA SCHUMAN, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

VISA U.S.A., INC., INCOMM FINANCIAL SERVICES, INC., and PATHWARD, N.A.,

        Defendants.

Civil Action No.: 1:24-cv-00666-GHW-GS

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Ira Schuman, by and through his undersigned counsel of record, gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that he hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

DATED: February 26, 2026

By: */s/ Patricia Avery*

**WOLF POPPER LLP**

Patricia I. Avery
Philip M. Black
Timothy D. Brennan
845 Third Ave.
New York, NY 10022
212-759-4600
pavery@wolfpopper.com
pblack@wolfpopper.com
tbrennan@wolfpopper.com

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.
DATED:  February 26, 2026
New York New York

GREGORY H. WOODS
United States District Judge